**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ADAM CALEB OWENS**                                              **PETITIONER**

**V.**                                  **NO. 1:11CV194-P-V**

**CIRCUIT COURT OF LOWNDES COUNTY**                    **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice. The motion to proceed in forma pauperis is **DENIED**. This case is **CLOSED**.

**IT IS SO ORDERED.**

THIS the 1st day of November, 2011.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE